UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Ceonda Rees ,
Plaintiff,

v.

Liberty Life Assurance Company of Boston and Lincoln Financial Group of Boston ,
Defendant,

Case No. 4:24-cv-899

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER ________________ AND ASSIGNED TO THE HONORABLE JUDGE ________________.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS ________________ AND THAT CASE WAS ASSIGNED TO THE HONORABLE ________________. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 6-28-2024

[signature]
Signature of Filing Party