UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CEONDA REES,<br><br>Plaintiff(s),<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, et al.,<br><br>Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:24-CV-00899-JSD |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Matthew T. Schelp.

August 26, 2024
Date

*Nathan M. Graves* /
Clerk of Court

By: /s/ Cassie Thoele /
CASSIE THOELE
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:24-CV-00899-MTS**