**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CEONDA REES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00899-MTS |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# CASE MANAGEMENT ORDER – TRACK 1: EXPEDITED

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan, the Differentiated Case Management Program of the United States District Court for the Eastern District of Missouri, and the Joint Proposed Scheduling Plan, Doc. [11],

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case and will be modified only upon motion and a showing of **good cause**:

## I. Scheduling Plan

1. This case is assigned to Track 1 (Expedited).

2. All motions for joinder of additional parties or to file amended pleadings must be filed no later than **October 08, 2024**.

3. Discovery shall proceed in the following manner:

   (a) Defendants shall provide a complete copy of the Administrative Record no later than **October 11, 2024**.

   (b) Plaintiff shall notify Defendants of any objections or requests to amend or correct the Administrative Record no later than **October 22, 2024**.

   (c) The parties shall complete permissible discovery, if any, by **October 28, 2024**.

(d) If any dispute regarding discovery or the Administrative Record arises, the parties shall raise the issue in a diligent and timely manner. Absent a showing of excusable neglect, no dispute regarding discovery or the Administrative Record may be raised with the Court after **November 22, 2024**.

(i). Before raising any dispute with the Court, counsel must confer in person or by telephone with opposing counsel in good faith or make reasonable efforts to do so.

(ii). If after sincere efforts to resolve their dispute, counsel are unable to reach an accord, the moving party must request an informal conference with the Court before moving for any Order relating to discovery or the Administrative Record.

4. This case will not be referred to alternative dispute resolution.

5. Any dispositive motion must be filed no later than **February 19, 2025**.

(a) Local Rule 4.01 governs response times for all motions unless otherwise provided by Order of the Court.

(b) Any memoranda in support or opposition to any motion filed under this paragraph must contain a table of contents.

6. In the event this action is not resolved via dispositive motions, the Court will set a trial date.

* * *

The failure to comply with any part of this Order may result in the imposition of sanctions. *See* Fed. R. Civ. P. 16(f).

Dated this 4th day of October 2024.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE