**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CEONDA REES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:24-cv-00899 |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND LINCOLN FINANCIAL GROUP OF BOSTON,** | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Ceonda Rees and Defendants Liberty Life Assurance Company of Boston (n/k/a The Lincoln National Life Insurance Company) and Lincoln Financial Group file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendants no longer desire to litigate this action.

Accordingly, Plaintiff and Defendants stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendants request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 7th day of February 2025.

Respectfully submitted,

*/s/ David Hicks* (w/permission)

David Hicks, Bar # 114177
David M. Hicks, P.C.
7720 Stonebridge Golf Drive
Maryville, IL 62062
PH: (618) 343-0901
FX: (618) 301-3360
Email: davidmhickspc@hushmail.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: */s/ Iwana Rademaekers*

Iwana Rademaekers (MOED Bar # 16452560T)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANTS